ACCEPTED
04-14-00745-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/11/2015 4:19:08 PM
KEITH HOTTLE
CLERK

# No. 04-14-00745-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/11/2015 4:19:08 PM
KEITH E. HOTTLE
Clerk

## In The

# FOURTH COURT OF APPEALS

## San Antonio, Texas

## KeeAnn DeVora, Craig Owen & Keller Williams Realty,

*Appellants*

v.

## Tavaris J. Slaughter,

*Appellee*

## Agreed Motion for Voluntary Dismissal

The Parties file their Agreed Motion for Voluntary Dismissal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2). The Parties have settled their dispute. Pursuant to their settlement agreement, the Parties ask the Court to set aside the trial court's judgment without regard to the merits and remand this case to the trial court with the instruction to sign the Parties' Agreed Take Nothing Judgment and tax all costs to party incurring same.

## PRAYER

Appellants and Appellee respectfully requests that this Court grant this agreed motion and enter an order effectuating the Parties' settlement agreement as described herein.

Respectfully submitted,

Stephan B. Rogers
State Bar No. 17186350
Kelly P. Rogers
State Bar No. 00788232
ROGERS & MOORE PLLC
309 Water St., Ste. 114
Boerne, TX 78006
(830) 816-5487
Fax: (866) 786-4777
*steve@rogersmoorelaw.com*
*kelly@rogersmoorelaw.com*

AGREED:

Wade Shelton, Attorney for Appellee

## Certificate of Service

I certify that on ~~February~~ *MARCH* 11, 2015, a true and correct copy of this document was served on the following counsel of record in accordance with the Texas Rules of Appellate Procedure:

Wade Shelton
Deborah Jackson
Bret Green
Shelton & Valadez, PC
600 Navarro, Suite 500
San Antonio, TX 78205
(210) 349-0515
Fax: (210) 349-3666

Stephan B. Rogers